# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| FAME ENTERPRISES, INC. and <br> ROE E. (RICK) HALL, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITOL RECORDS, INC., ET AL., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    CV-05-J-0833-NW <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEPOSITION NOTICE

Please take notice that Defendant Capitol Records, Inc. will take the deposition of **Roe E. "Rick" Hall,** at the law offices of **Balch & Bingham LLP, 1710 Sixth Avenue North, Birmingham, Alabama 35203, beginning at 9:00 A.M. CST on September 19, 2005, or such other time as agreed to by the parties, until completed.** This notice of Deposition is pursuant to the Federal Rules of Civil Procedure for the purpose of discovery or for use as evidence on the trial of the above case, before a court reporter or some other person authorized by law to administer oaths.

Dated: August 11, 2005

/s/ Scott B. Grover
Will Hill Tankersley, Jr.
ASB-5375-A31W
Scott B. Grover
ASB-3661-O66G
Attorneys for Defendants
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35023
Telephone: (205) 251-8100
Facsimile: (205) 488-5872
email: wtankers@balch.com
email: sgrover@balch.com

784273.1

# CERTIFICATE OF SERVICE

I certify that on August 11, 2005, I electronically filed the foregoing Notice of Deposition with the Clerk of Court using the CM/ECF system which will send notification of such filing to those persons whose electronic addresses are listed below, and I hereby certify that I have mailed by United States Postal Service the foregoing Notice of Deposition to the person listed below without an electronic address:

G. Rick Hall (HAL-043)
Attorneys for Plaintiffs
Hall & Tanner, P.C.
201 North Water Street
Tuscumbia, Alabama 35674
Telephone: (256) 381-7750
Facsimile: (256) 381-4449
email: grickhall@yahoo.com

Pegasus Records
612 East Tennessee Street
Florence, Alabama 35630

/s/ Scott B. Grover
Of Counsel