IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| FAME ENTERPRISES, INC. and ROE E. (RICK) HALL, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | CV-05-J-0833-NW |
| CAPITOL RECORDS, INC., ET AL., ) ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between plaintiffs Fame Enterprises, Inc. and Roe E. (Rick) Hall., by their undersigned counsel of record, and defendants Capitol Records, Inc., EMI Group, Inc., EMI Records, EMI Music, Inc., EMI Group North America, Inc., Sunburst Records, Laser's Edge, Bay Sound, Inc., The Sound Shop, Inc. Sound Shop, and Charlemagne Record Exchange, Inc., by their undersigned counsel of record, that the above-captioned action, including all claims against all defendants, shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and that each party shall bear its own attorneys' fees and costs in the action.

Dated: August 25th, 2006

G. Rick Hall
Hail & Tanner, P.C.
201 North Water Street
Tuscumbia, AL 35674
Telephone: (256) 381-7750
Facsimile: (256) 381-4449
*Attorneys for Plaintiffs*

Will Hill Tankersley, Jr.
ASB-5375-A31W
Scott B. Grover
ASB-3661-O66G
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35023
Telephone: (205) 251-8100
Facsimile: (205) 488-5872
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| FAME ENTERPRISES, INC. and ROE E. (RICK) HALL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | CV-05-J-0833-NW |
| CAPITOL RECORDS, INC., ET AL., | ) ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between plaintiffs Fame Enterprises, Inc. and Roe E. (Rick) Hall., by their undersigned counsel of record, and defendants Capitol Records, Inc., EMI Group, Inc., EMI Records, EMI Music, Inc., EMI Group North America, Inc., Sunburst Records, Laser's Edge, Bay Sound, Inc., The Sound Shop, Inc. Sound Shop, and Charlemagne Record Exchange, Inc., by their undersigned counsel of record, that the above-captioned action, including all claims against all defendants, shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), and that each party shall bear its own attorneys' fees and costs in the action.

Dated: August 25th, 2006

G. Rick Hall
Hail & Tanner, P.C.
201 North Water Street
Tuscumbia, AL 35674
Telephone: (256) 381-7750
Facsimile: (256) 381-4449
*Attorneys for Plaintiffs*

Will Hill Tankersley, Jr.
ASB-5375-A31W
Scott B. Grover
ASB-3661-O66G
Balch & Bingham LLP
1710 Sixth Avenue North
Birmingham, AL 35023
Telephone: (205) 251-8100
Facsimile: (205) 488-5872
*Attorneys for Defendants*